UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARVIN MAXWELL, | ) | CASE NO. CV 10-8749-DMG (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| A. HEDGPETH, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 23, 2011

*Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA10CV08749DMG(PJW)_Maxwell_ Judgment.wpd